168 A.3d 62

**JONES**

v.

**WILKERSON & ASSOC.**

**Pet. Docket No. 117, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

(No. 04–C–16–001305, Circuit Court for Calvert County.)

Petition for writ of certiorari denied

■

168 A.3d 62

**JONES, Davon**

v.

**STATE of Maryland**

**Pet. Docket No. 175, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 547, Sept. Term, 2016).

Petition for writ of certiorari denied